| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>           U.S. MAGISTRATE JUDGE | DATE: 10/26/21<br>TIME: 11:00 AM<br>FTR: 11:16-11:20 |

CASE:  **CV 20-4050 (AYS) (AYS)** Castelluccio v. Alphera International N.A., LLC., et al

TYPE OF CONFERENCE: STATUS

APPEARANCES:      Plaintiff        Matthew Madzelan

                            Defendant     Patrick Selvey

**THE FOLLOWING RULINGS WERE MADE:**

☐      Scheduling Order entered.

☐      Settlement conference scheduled for ___ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐      Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐      The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒      Other:  Conference held.


                                                             SO ORDERED

                                                              /s/ Anne Y. Shields
                                                             ANNE Y. SHIELDS
                                                             United States Magistrate Judge